IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHAEL M. YOUSE<br>a/k/a RACHAEL M. PLANK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALBRIGHT COLLEGE<br>and<br>JAMES GAFFNEY,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 5:19-cv-00075-JLS<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rachael M. Youse a/k/a Rachael M. Plank ("Plaintiff"), having filed a Complaint and an Amended Complaint against Defendants Albright College ("Albright") and James Gaffney ("Gaffney") and with neither Albright nor Gaffney having filed an answer or a motion for summary judgment, hereby files NOTICE that her Complaint (ECF No. 1) and her Amended Complaint (ECF No. 12) are hereby DISMISSED WITH PREJUDICE, with each party to bear his/her/its own fees and costs.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　JOSEPH T. BAMBRICK, JR. (Attorney ID 45112)
　　　　　　　　　　　　　　　　　　529 Reading Avenue
　　　　　　　　　　　　　　　　　　West Reading, PA 19611
　　　　　　　　　　　　　　　　　　610-372-6400
　　　　　　　　　　　　　　　　　　no1jtb@aol.com

　　　　　　　　　　　　　　　　　　Attorney for Plaintiff