## CERTIFICATE OF SERVICE

I, Christine Manga, Paralegal at the offices of Joseph T. Bambrick, Jr., Esquire hereby certify that the Notice of Dismissal with Prejudice was electronically filed with the Court on this 14th day of June, 2019 and served via the Court's electronic filing system upon counsel listed below:

### Attorneys for Defendant Albright College

JASON A. CABRERA, Esquire
RAYMOND A. KRESG, Esquire
COZEN O'CONNOR
One Liberty Place
1650 Market Street
Philadelphia, PA 19103

### Attorneys for Defendant Gaffney

DANIELLE BURK, Esquire
TRACY A. WALS, Esquire
Weber Gallagher Simpson Stapleton Fires & Newby LLP
2000 Market Street
Suite 1300
Philadelphia, PA 19103

_/s/ Christine Manga_
Christine Manga